IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN B. HARPER, K08936,<br><br>    Petitioner,<br><br>vs.<br><br>RON DAVIS, Acting Warden,<br><br>    Respondent. | )<br>)<br>)   No. C 14-4151 CRB (PR)<br>)<br>)   ORDER<br>)<br>)<br>)<br>) |

Respondent has filed a motion to dismiss the petition for a writ of habeas corpus as procedurally defaulted and petitioner has filed a "traverse" the court construes as an opposition to the motion to dismiss. Respondent shall file a reply to petitioner's opposition by no later than June 30, 2015.

SO ORDERED.

DATED: June 17, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.14\Harper, R.14-4151.or1.wpd